**1287 MAURER ET AL. vs. CLIFF (Supervisor, Richmond Township), No. 13159, 94 M., 194.**

To compel respondent to list and assess logs and lumber piled

along the railroad track waiting the convenience of the owner or facilities for shipment.

Denied without costs December 1, 1892, on the ground that to grant the writ would be to deprive the owner of the substantial right to review the assessment, either as to the amount or the legality of an assessment of the same property made elsewhere.

Held, that the logs and lumber were not in transit within the meaning of the tax law.